**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**AIKEN DIVISION**

| | |
|---|---|
| Thomas Thibeault, | |
| *Plaintiff,* | Case No.: 1:26-cv-01991-SAL |
| -vs- | |
| Central Transport, LLC and Jordan Kentrel Streetman., | **NOTICE OF FILING OF PROOF OF SERVICE** |
| *Defendants.* | |

Plaintiff hereby provides Proof of Service of the Summons and Complaint upon Defendant Central Transport, LLC. *See* **Proof of Service – Central Transport, LLC**.

**MORGAN & MORGAN, P.A.**

*/s/ Cooper Klaasmeyer*
COOPER KLAASMEYER, ESQ.
Federal ID: 14272
4401 Belle Oaks Drive, Suite 300
North Charleston, SC, 29405
Telephone: (843) 973- 5438
cooper.klaasmeyer@forthepeople.com
swright@forthepeople.com
**Attorneys for the Plaintiff**

July 23, 2026
Charleston, South Carolina