AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **1:26-cv-01991-SAL**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

   This summons for   **CENTRAL TRANSPORT LLC**
was received by me on  **7/21/2026:**

☐   I personally served the **SUMMONS; COMPLAINT** on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **CT Corporation System, Registered Agent**, who is designated by law to accept service of process on behalf of **CENTRAL TRANSPORT LLC** at **2 Office Park Court Suite 103, Columbia, SC 29223** on **07/21/2026 at 12:17 PM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

   My fees are $ 0 for travel and **$ 184.45** for services, for a total of **$ 184.45**.

   I declare under penalty of perjury that this information is true.

Date:  07/21/2026

_____
*Server's signature*

**Julie Thompson**
*Printed name and title*

**4464 Devine St**
**Columbia, SC 29205**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT,  to CT Corporation System, Registered Agent. The individual appeared to be a black-haired black female contact 25-35 years of age, 5'4"-5'6" tall and weighing 140-160 lbs with glasses.**





Tracking #: **0233390799**