**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**AIKEN DIVISION**

| | |
|---|---|
| Thomas Thibeault,<br><br>*Plaintiff,*<br><br>-vs-<br><br>Central Transport, LLC and<br>Jordan Kentrel Streetman,<br><br>*Defendants.* | Case No.: 1:26-cv-01991-SAL<br><br>**NOTICE OF FILING OF PROOF OF SERVICE** |

Plaintiff hereby provides Proof of Service of the Summons and Complaint upon Defendant Jordan Kentrel Streetman. *See* **Proof of Service – Jordan Kentrel Streetman**.

**MORGAN & MORGAN, P.A.**

*/s/ Cooper Klaasmeyer*
COOPER KLAASMEYER, ESQ.
Federal ID: 14272
4401 Belle Oaks Drive, Suite 300
North Charleston, SC, 29405
Telephone: (843) 973- 5438
cooper.klaasmeyer@forthepeople.com
swright@forthepeople.com
**Attorneys for the Plaintiff**

July 27, 2026
Charleston, South Carolina