AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.     **1:26-cv-01991-SAL**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Jordan Kentrel Streetman**
was received by me on  **7/21/2026:**

☐   I personally served the **SUMMONS; COMPLAINT** on the individual at *(place)*  on *(date)* ; or

☒   I left the summons at the individual's residence or usual place of abode with **Mydaina Fortson**, a person of suitable age and discretion who resides at **3223 Farmers Bridge Rd, Hephzibah, GA 30815-5440**, on **07/23/2026 at 12:38 PM**, and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☐    I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 184.45** for services, for a total of **$ 184.45**.

I declare under penalty of perjury that this information is true.

Date:  07/23/2026

_____
*Server's signature*

**Bryan Patterson**
*Printed name and title*

**559 Martin Lane**
**Augusta, GA 30909**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT,  to Mydaina Fortson who identified themselves as the subject's sibling, co-resident with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired black female contact 25-35 years of age, 5'-5'4" tall and weighing 160-180 lbs with glasses.**




Tracking #: **0233785668**