**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION**

| | |
|---|---|
| Thomas Thibeault**,** | |
| *Plaintiff,* | C/A Number: 1:26-cv-01991-SAL |
| -vs- | **REQUEST FOR CLERK'S ENTRY OF DEFAULT** |
| Central Transport, LLC and Jordon Kentrel Streetman**,** | |
| *Defendants.* | |

Pursuant to Fed. R. Civ. P. 55(a), Plaintiff respectfully requests that the Clerk enter default against Defendants Central Transport, LLC and Jordan Kentrel Streetman for failure to plead or otherwise defend. In support of this request, the undersigned states, under the pains and penalty of perjury, the following:

1.     On July 21, 2026, the summons and complaint were served upon Central Transport, LLC by personal delivery upon its registered agent at 2 Office Park Court Suite 103, Columbia, SC 29223. *See* Dkt. 6-1, Proof of Service.  Thus, Central Transport, LLC's deadline to answer under the rules was August 11, 2026.

2.     On July 23, 2026, Jordon Kentrel Streetman was served by substitute service at the address listed upon the TR-310 generated from the incident which is the subject matter of this action. *See* Dkt. 8-1, Certificate of Service. Additionally, Mr. Streetman's address was confirmed by Westlaw Public Records search. Thus, Jordon Kentrel Streetman's deadline to answer under the rules was August 13, 2026.

3.      More than 21 days have passed since process was served, and both Central Transport, LLC and Jordon Kentrel Streetman have failed to plead or otherwise defend this action in accordance with the Federal Rules of Civil Procedure.

4.      Central Transport, LLC is a limited liability company organized and existing under the laws of Michigan and is not an infant, incompetent person, or member of the uniformed services entitled to the protections of the Servicemembers Civil Relief Act.

5.      Based upon a reasonable inquiry of public records and a search of the Department of Defense Servicemembers Civil Relief Act database, Jordon Kentrel Streetman is not an infant, incompetent person, or member of the uniformed services entitled to the protections of the Servicemembers Civil Relief Act.[1]

**MORGAN & MORGAN P.A.**

By: /s/ Cooper Klaasmeyer
Cooper Klaasmeyer, Esquire
Fed ID: 14272
4401 Belle Oaks Drive, Suite 300
North Charleston, SC 29405
Cooper.klaasmeyer@forthepeople.com
**Attorney for Plaintiff**

August 14, 2026
North Charleston, SC

---

[1] Publicly available at: https://scra.dmdc.osd.mil/scra/#/home. Search conducted using Mr. Streetman's last name and date of birth reflected on the TR-310. The SCRA Report and TR-310 are available for *in camera* review.