# EXHIBIT A

# SOUTH CAROLINA SECRETARY OF STATE RECORD OF CENTRAL TRANSPORT'S REGISTERED AGENT

South Carolina Secretary of State

# Business Entities Online

File, Search, and Retrieve Documents Electronically

# CENTRAL TRANSPORT LLC

## Corporate Information

**Entity Id:** 01084785

**Entity Type:** Limited Liability Company

**Status:** Good Standing

**Domestic/Foreign:** Foreign

**Incorporated State:** Michigan

## Important Dates

**Effective Date:** 01/14/2021

**Expiration Date:** N/A

**Term End Date:** N/A

**Dissolved Date:** N/A

## Registered Agent

**Agent:** COGENCY GLOBAL INC.

**Address:** 2 Office Park Court, Suite 103
COLUMBIA, South Carolina 29223

### Official Documents On File

| Filing Type | Filing Date |
|---|---|
| Application for a Certificate of Authority to Transact Business | 01/14/2021 |

For filing questions please contact us at **803-734-2158**

Copyright © 2026 State of South Carolina