# EXHIBIT B

# E-MAIL FROM COGENCY GLOBAL, INC. REGARDING SERVICE OF PROCESS

[EXTERNAL] RE: Voicemail Inquiry

Summarize

Amber Davis <adavis@cogencyglobal.con

To Kristen Scott

Cc Sop; Brooke Ruby

Reply | Reply All | Forward | ...

Tue 8/18/2026 1:34 PM

You replied to this message on 8/18/2026 1:35 PM.

******EXTERNAL email. Always use extra caution when opening attachments or links We6FwiGCPRl35sUn-T2HKOQgWCr9qABe******

Good afternoon,

Thank you for providing the attached. I can confirm that Cogency Global is the listed registered agent on the South Carolina Secretary of State site. After reviewing our records, it does not appear that Cogency received the document for the case referenced. I would recommend reaching out to CT Corporation System to see if they have any additional information they can provide you. Please let me know if I can assist you further.

Kind regards

**Amber Davis**
**Service of Process Analyst I**

**D**: (302) 342-0087 | **O**: (800) 221-0102

COGENCYGLOBAL®

850 New Burton Rd., Ste. 201 • Dover, DE 19904

Cogency Global Inc. does not provide legal advice or render legal services. If you require legal advice, please consult the services of a competent professional attorney. This email is for informational purposes only and is not a substitute for professional legal advice.