IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Thomas Thibeault, Plaintiff, v. Central Transport LLC and Jordan Kentrel Streetman, Defendants. | C/A No.: 1:26-cv-1991-SAL **DEFENDANTS' MOTION TO EXTEND DEADLINE TO DISMISS CASE** |

Defendants, by and through undersigned counsel, hereby move this Court, pursuant to its September 25, 2026, Order of Dismissal (ECF No. 17), to enforce the parties' settlement agreement or, alternatively, to extend the sixty (60) day period provided for in the Order of Dismissal by an additional thirty (30) days.

The parties have reached a settlement, and the settlement check has been issued. However, despite efforts by undersigned counsel to obtain the executed settlement release, Defendants have not yet received the same. Accordingly, the settlement has not been fully consummated.

In an abundance of caution and to preserve Defendants' rights under the settlement agreement and the Court's Order of Dismissal, Defendants respectfully request that this Court enter an Order enforcing the parties' settlement agreement and requiring Plaintiff to execute and return the agreed-upon settlement release or, alternatively, extending the deadline set forth in the Order of Dismissal through December 24, 2026.

Defendants further request that the Court retain jurisdiction over this matter and that the dismissal remain without prejudice pending resolution of this Motion.

Respectfully submitted,

*s/Joseph A. Catalano*

Joseph A. Catalano [Fed ID No.: 13401]
The McKay Firm, P.A.
3700 Forest Drive, Suite 404 (29204)
P.O. Box 7217
Columbia, SC 29202
Tel: (803) 256-4645
Fax: (803) 765-1839
Email: jcatalano@mckayfirm.com
Attorney for Defendants

Columbia, South Carolina
November 24, 2026